The **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CYBERGENICS CORPORATION**, on Behalf of Cybergenics Corporation, Debtor in Possession, Appellant

v.

*Kathleen **CHINERY**, Executrix of the Estate of Scott Chinery; L&S Research Corporation; Lincolnshire Management, Inc.; Lincolnshire Equity Fund, L.P.

No. 01–3805.

United States Court of Appeals,
Third Circuit.

Argued July 15, 2002.

Opinion Filed Sept. 20, 2002.

Filed: Nov. 18, 2002.

* Amended per order dated 11/19/01 Amended     per order dated 3/21/02

Before SCIRICA, ALITO, and FUENTES, Circuit Judges.

Present: BECKER, Chief Judge, SLOVITER, SCIRICA, ALITO, ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, and SMITH, Circuit Judges.

## ORDER

BECKER, Chief Judge.

A majority of the active judges, who are not recused, having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed September 20, 2002, and list the above for rehearing *en banc* at the convenience of the Court. Judges Alito and Fuentes would allow the panel opinion to stand pending en banc review.